UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:19-cv-02725-PBT |
| KELLY SERVICES GLOBAL, LLC, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff JOHN DOE and Defendant KELLY SERVICES GLOBAL, LLC, by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal of all of Plaintiff's claims that were asserted, or could have been asserted, in this Action against Defendant, with prejudice, and with all rights of appeal waived. Each party will bear its own costs.

Respectfully submitted this 7th day of May, 2020.

| JOHN DOE | KELLY SERVICES GLOBAL, LLC |
|---|---|
| By: */s/ Justin F. Robinette*<br>    Justin F. Robinette, Esq.<br>    Two Penn Center<br>    1500 JFK Boulevard, Suite 1240<br>    Philadelphia, PA  19102<br>    Telephone:   (215)944-6121<br>    Facsimile:    (215)944-6124<br>    E-mail: JustinR@ericshore.com<br><br>*Counsel for Plaintiff John Doe* | By: */s/ Julia H. Pozo*<br>    Jacob Oslick<br>    SEYFARTH SHAW LLP<br>    620 Eighth Avenue<br>    New York, NY 10018-1405<br>    Telephone: (212) 218-5500<br>    Facsimile: (212) 218-5526<br>    E-mail: joslick@seyfarth.com<br><br>    Julia H. Pozo (admitted *pro hac vice*)<br>    SEYFARTH SHAW LLP<br>    1075 Peachtree St. NE, Suite 2500<br>    Atlanta, GA 30309<br>    Telephone: (404) 885-1500<br>    Fax: (404) 892-7056<br>    E-mail: jpozo@seyfarth.com<br><br>*Counsel for Defendant*<br>*Kelly Services Global, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2020, I filed the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

                                     */s/ Julia H. Pozo*
                                     Julia H. Pozo