IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-2725 |
| | : | |
| KELLY SERVICES GLOBAL, LLC | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _3rd__ day of July, 2020, the Court, having been advised that Parties in the above-captioned matter have reached a settlement agreement as referenced in the Joint Stipulation of Dismissal with Prejudice (ECF No. 13), **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.